IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF TENNESSEE
NASHVILLE DIVISION

WESLEY REED RUNIONS,           )
                               )
     Plaintiff,                )
                               )    No: 3:10-0103
          v.                   )    Judge Echols/Bryant
                               )
LEWIS COUNTY JAIL, et al.,     )
                               )
     Defendants.               )

## ORDER TO SHOW CAUSE

On March 8, 2010, the Clerk received a letter from plaintiff Runions requesting status of this case (Docket Entry No. 8). In accordance with the Court's prior order dated February 3, 2010 (Docket Entry No. 3), the Clerk had mailed to plaintiff Runions, at his address of record, service packets for all defendants named in the complaint. These mailings were returned to the Clerk by the Post Office marked "not here" - "return to sender" - "not deliverable as addressed" - "unable to forward." (Docket Entry Nos. 6 and 7).

After receiving the plaintiff's most recent correspondence on March 8, the Clerk remailed the package containing service packets to the plaintiff on March 9, 2010, at his updated Hohenwald address. A certified mail return receipt for this mailing, signed for by Tracy Fransen on March 10, 2010, was received by the Clerk on March 11, 2010 (Docket Entry No. 10). Despite these developments, from the record it appears that

plaintiff Runions has not returned the completed service packets as ordered by the Court.

Plaintiff Runions is **ORDERED** to show cause on or before **April 27, 2010**, why his complaint should not be dismissed for his failure to return completed service packets as ordered by the Court. Plaintiff is admonished that his failure to respond to this order may cause the undersigned Magistrate Judge to recommend that his complaint be dismissed.

It is so **ORDERED**.

s/ John S. Bryant
JOHN S. BRYANT
United States Magistrate Judge