IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF TENNESSEE
NASHVILLE DIVISION

| | | |
|---|---|---|
| WESLEY REED RUNIONS | ) | |
| | ) | |
| v. | ) | NO. 3-10-0103 |
| | ) | JUDGE CAMPBELL |
| LEWIS COUNTY JAIL, et al. | ) | |

ORDER

Pending before the Court is a Report and Recommendation of the Magistrate Judge (Docket No. 52), to which no Objections have been filed.[1] The Court has reviewed the Report and Recommendation and the file.[2] The Report and Recommendation is adopted and approved.

Accordingly, Defendant's Motion for Summary Judgment (Docket No.46) is GRANTED, and Plaintiff's claims against Defendant Southern Health Partners are DISMISSED. All Defendants having been dismissed, the Clerk is directed to close this file.

The bench trial set for June 28, 2011, and the pretrial conference set for June 10, 2011, are canceled. Any other pending Motions are denied as moot. This Order shall constitute the final judgment in this case pursuant to Fed. R. Civ. P. 58.

IT IS SO ORDERED.

_____
TODD J. CAMPBELL
UNITED STATES DISTRICT JUDGE

---

[1] The record reflects that the service copy of the Report and Recommendation addressed to the Plaintiff at his last known address was returned. Docket No. 55. In fact, mail sent from the Court to Plaintiff has been consistently returned since June 24, 2010 (Docket No. 34). Plaintiff has an obligation to keep the Court apprised of his current address.

[2] As indicated in the Report and Recommendation, Plaintiff failed to file a timely response to the pending Motion for Summary Judgment and was then ordered to show cause why that Motion should not be granted (*see* Docket No.48). Plaintiff failed to obey that Order of the Court.